# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOAN CICCHIELLO,          :   No. 674 MAL 2015

            Petitioner        :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Commonwealth Court
         v.                    :

                                 :

DEPARTMENT OF CORRECTIONS,   :

            Respondent      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

      Justice Eakin did not participate in the consideration or decision of this matter.